STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

David Charles Laborde
The LaBorde Law Firm
P. O. Box 80098
Lafayette LA 70598-0098

REHEARING ACTION: January 13, 2010

**Docket Number: 09   00611-CA**

**FINANCIAL INDEMNITY CO.**
**VERSUS**
**MARK & MICHELLE GAGNARD, ET AL.**

**Appealed from Rapides Parish Case No. 233,674**

BEFORE JUDGES:

Hon. Ulysses Gene Thibodeaux
Hon. Oswald A. Decuir
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the Motion for

Stay, Application for Rehearing, and the Motion to Transfer filed by **Mark & Michelle**

**Gagnard** have this day been

DENIED.

cc: Russell L. Potter, Counsel for the Appellant
    Ricky & Deanna Gaspard, In Proper Person